IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>    Plaintiff,<br><br> v.<br><br>HISCO, INC.<br><br>    Defendant. | Case No. 1:23-cv-10265-IT |

## NOTICE OF SETTLEMENT

Plaintiff Arnold Vargas, by and through undersigned counsel, hereby advises this Honorable Court he has reached an agreement in principle with Defendant Hisco, Inc. The parties are finalizing settlement documents and expect to file a dismissal within thirty (30) days.

Dated: April 21, 2023          Respectfully Submitted,

                 **BLOCK & LEVITON LLP**

                 */s/ Jason M. Leviton*
                 Jason M. Leviton, Esq. (BBO#678331)
                 jason@blockleviton.com
                 260 Franklin Street, Suite 1860
                 Boston, MA 02110
                 Phone: (617) 398-5600

                 *Attorneys for Plaintiff Arnold Vargas*

**CERTIFICATE OF SERVICE**

      I certify that on the 21st day of April, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

                                             */s/ Jason M. Leviton*
                                                  Jason M. Leviton