IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>HISCO, INC.<br><br>　　　　　　　Defendant. | Case No. 1:23-cv-10265-IT |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　　Whereas Plaintiff Arnold Vargas filed the above-referenced case against Defendant Hisco, Inc. on February 1, 2023.

2.　　Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.　　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the Complaint with prejudice.

Dated: May 4, 2023　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　　　　　Jason M. Leviton, Esq. (BBO# 678331)
　　　　　　　　　　　　　　　　　　　　jason@blockleviton.com
　　　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　Phone: (617) 398-5600

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Arnold Vargas*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of May, 2023, the foregoing document was electronically filed through the Court's CM/ECF system, which will send notification of such filing to all counsel of record, and I also certify that I am providing a copy to those parties not receiving CM/ECF notifications at this time.

                                                */s/ Jason M. Leviton*
                                                  Jason M. Leviton